AO 240 (Rev. 9/96)

# UNITED STATES DISTRICT COURT

ATTACHMENT 5

WORCESTER       **District of**   MASSACHUSETTS

EDWARD TAVARES JR

Plaintiff -PETITIONER

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

V.

COMMONWEALTH OF MASSACHUSETTS et al    CASE NUMBER: 04-40059 -NMG

Defendant

I __Edward Tavares JR.__ declare that I am the (check appropriate box)

☒ petitioner/~~defendant~~    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

- Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)

  If "Yes," state the place of your incarceration __MCC I Gardner__

  Are you employed at the institution? __NO__   Do you receive any payment from the _____

  Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

- Are you currently employed?   ☐ Yes   ☒ No

  a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

  b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. __1 year ago at institution while incarcerated see printout__

- In the past 12 twelve months have you received any money from any of the following sources?

  a. Business, profession or other self-employment    ☐ Yes   ☒ No
  b. Rent payments, interest or dividends             ☐ Yes   ☒ No
  c. Pensions, annuities or life insurance payments   ☐ Yes   ☒ No
  d. Disability or workers compensation payments      ☐ Yes   ☒ No
  e. Gifts or inheritances                            ☐ Yes   ☒ No
  f. Any other sources                                ☐ Yes   ☒ No

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

4.  Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

    If "Yes," state the total amount. _____NONE_____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

    If "Yes," describe the property and state its value.

    NONE

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

    NONE

declare under penalty of perjury that the above information is true and correct.

April 18, 2004                    _Edward Parker_
_____                   _____
Date                              Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

MASSACHUSETTS  
DEPARTMENT OF CORRECTION  
Inmate Transaction History  
Summary Report

NCCI-GARDNER

| | | | |
|---|---|---|---|
| Inmate Name............ | | Tavares, Edward | |
| Commitment number.... | | W43443 | |
| Period encompassed.... | 10/5/2003 | THRU | 4/5/2004 |
| Six Month Average Daily Balance | 7.45 | 0.01 | 7.46 |
| 20% of Six Month Average Daily Balance | 1.49 | | |
| Total Expenditures for Period | | | 69.59 |
| Total Income for Period | | | 75.00 |

To the best of my knowledge, the above  
summary information is true and accurate:

Signed _Roxanne F. Kennedy_  
Roxanne F. Kennedy   Inmate Account Clerk

Time: 1:30 pm

Date: 4-7-04

Note: A copy of the inmate's account activity statement for the six month period ("Inmate Transaction History") is attached.

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20040406 08:47

| Commit# : | W43443 | | | | NCCI GARDNER | | | Page: 1 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Name : | TAVARES, EDWARD, . | | | Statement From | 20031005 | | | |
| Inst : | NCCI GARDNER | | | To | 20040406 | | | |
| Block : | THOMPSON-3 | | | | | | | |
| Cell/Bed : | 369 /B | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total Transaction before this Period : | $800.27 | $798.90 | $0.01 | $0.00 |
| 20031008 16:54 | IS - Interest | 1778974 | | GAR | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20031008 16:54 | IS - Interest | 1778975 | | GAR | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20031028 10:15 | ML - Mail | 1874301 | | GAR | ~NO NAME | $25.00 | $0.00 | $0.00 | $0.00 |
| 20031105 22:30 | CN - Canteen | 1909550 | | GAR | ~Canteen Date 20031105 | $0.00 | $24.33 | $0.00 | $0.00 |
| 20031107 16:24 | IS - Interest | 1924107 | | GAR | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20031107 16:24 | IS - Interest | 1924108 | | GAR | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20031209 13:37 | IS - Interest | 2060371 | | GAR | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20031209 13:37 | IS - Interest | 2060372 | | GAR | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040113 12:01 | IS - Interest | 2227949 | | GAR | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040113 12:01 | IS - Interest | 2227950 | | GAR | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040126 13:37 | ML - Mail | 2295500 | | GAR | ~TAVARES, STEVE, , | $50.00 | $0.00 | $0.00 | $0.00 |
| 20040127 22:30 | CN - Canteen | 2301887 | | GAR | ~Canteen Date : 20040127 | $0.00 | $41.02 | $0.00 | $0.00 |
| 20040130 13:30 | IC - Transfer from Inmate to Club A/c | 2320265 | | GAR | ~MAIL ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.06 | $0.00 | $0.00 |
| 20040130 13:30 | IC - Transfer from Inmate to Club A/c | 2320266 | | GAR | ~MAIL ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.06 | $0.00 | $0.00 |
| 20040130 13:30 | IC - Transfer from Inmate to Club A/c | 2320267 | | GAR | ~MAIL ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.06 | $0.00 | $0.00 |
| 20040130 13:31 | IC - Transfer from Inmate to Club A/c | 2320269 | | GAR | ~MAIL ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.06 | $0.00 | $0.00 |
| 20040210 11:35 | IS - Interest | 2357574 | | GAR | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040210 11:35 | IS - Interest | 2357575 | | GAR | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040309 14:53 | IS - Interest | 2489035 | | GAR | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040309 14:53 | IS - Interest | 2489036 | | GAR | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $75.00 | $69.59 | $0.00 | $0.00 |

|  | Personal | Savings |
| --- | --- | --- |
| Balance as of ending date : | $6.78 | $0.01 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
| --- | --- | --- | --- | --- | --- |
| $6.78 | $0.01 | $0.00 | $0.00 | $0.00 | $0.00 |