UNITED STATES DISTRICT COURT
CLERK OF COURT
MR.MARTIN CASTLES,CLERK
HAROLD D.DONOHUE
FEDERAL BUILDING AND COURTHOUSE
595 MAIN STREET
WORCESTER MASS.01608

FILED
IN CLERKS OFFICE

2004 JUN 10 P 12: 05

U.S. DISTRICT COURT
DISTRICT OF MASS.

EDWARD TAVARES JR
N.C.C.I.GARDNER
P.O.BOX 466
500 COLONY RD.
GARDNER MASS.01440


IN RE: EDWARD TAVARES PETITIONER V.COMMONWEALTH OF MASSACHUSETTS et al.
CIVIL ACTION WRIT OF HABEAS CORPUS 28 U.S.C.A.2254
NO -CV 40059-NMG:


Dear Clerk;

    Please be advised that on April 18/2004 Petitioner in the above entitled matter filed 28 U.S.C.A.2254 Writ of Habeas Corpus and On April 28/2004,Justice of the United States District court Nathaniel M.Gorton made several order's to respondent within 20 days of receipt of this order ,see attached. ,that the respondent file a answer or other responsive pleading.

    I would like to have a status report of this matter,and copy of the docket entry sheet of this case. I appreciate any and all help in this matter.

    I further thank you for your time.

June 8/2004

                            RESPECTFULLY SUBMITTED
                            EDWARD TAVARES JR
                            N.C.C.I.GARDNER
                            P.O.BOX 466
                            500 COLONY RD.
                            GARDNER MASS.01440

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Edward Tavares, Jr.,
        Petitioner

V.

Commonwealth of Massachusetts,
        Respondent

CIVIL ACTION

NO. 04-CV-40059-NMG

## O R D E R

**GORTON, D. J.**

    Pursuant to Rule 4 of the Rules Governing Section 2254 cases, the Clerk of this Court is hereby ordered to serve a copy of the Petition for a Writ of Habeas Corpus by mailing copies of the same, certified mail, to the Respondent **AND** the Attorney General for the Commonwealth of Massachusetts, Attention: William J. Meade, Chief, Appellate Division, One Ashburton Place, 18th Floor, Boston, MA 02108.

    It is further ordered that the Respondent shall, within 20 days of receipt of this Order, file an answer or other proper responsive pleading to the Petition for Writ of Habeas Corpus.

    This Court further requests the Respondent, as part of the return, to file such documents which reflect on the issue as to whether Petitioner(s) exhausted available state remedies with respect to the matters raised by the Petition.

____4/28/04____
    Date

/s/ Nathaniel M. Gorton
United States District Judge

(2254serv.ord - 12/95)                                    [2254serv.]