UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
/S/MARTIN CASTLES
DEPUTY CLERK.
595 MAIN STREET
ROOM 502
WORCESTER MASS.01606

U.S.CASE NUMBER
4;04-CV-40059-FDS

AUGUST  16  2004

MR.EDWARD TAVARES JR
N.C.C.I.GARDNER
P.O.BOX 466
500 COLONY RD,
GARDNER MASS.01440

IN RE: <u>TAVARES V.COMMONWEALTH OF MASSACHUSETTS</u>
       <u>U.S.CASE NUMBER WRIT OF HABEAS CORPUS 28 U.S.C.2254</u>
       <u>U.S.CASE NUMBER 4;04-CV-40059-FDS</u>

Dear Mr. Castles;

    Please be advised that the above pro-se petitioner is in request for a disposition of the Commonwealth of Massachusetts et al,Respondent's "Motion to Require Petitioner To Submit a Petition In Compliance With 28 U.S.C.§2254 Rule 2(c)And Memorandum Of Law In Support,filed on May 18/2004".

    Also I like to know if there was any court order's which I have receive,pursuant to Respondent's Motion filed on May 18/2004, or any other filing not known by the petitioner.

    I appreciate any and all help in this matter,and further thank you for your time.

C/C:MARTIN CASTLES
    ATTENTION TO FDS
    E/T/Files;

PRO-SE

RESPECTFULLY SUBMITTED
*[signature]*
MR.EDWARD TAVARES JR
P.O.BOX 466
GARDNER MASS.01440

FDS
U.S.NO.4;04-CV-40059