UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
EDWARD TAVARES, JR.,        )
     PETITIONER,            )
                            )
v.                          )        CIVIL ACTION
                            )        NO. 04-40059-FDS
STEVEN O'BRIEN,             )
     RESPONDENT.            )
_____)
```

**RESPONDENT'S MOTION FOR ORDER TO PETITIONER
TO AMEND PETITION TO INCLUDE ONLY EXHAUSTED CLAIMS**

The respondent, Steven O'Brien, hereby moves this Court to order Edward Tavares ("petitioner") to amend his habeas corpus petition to include only those claims which are exhausted. As explained more fully in the accompanying memorandum of law, because the district courts must dismissed mixed habeas petitions, *Pliler v. Ford*, 542 U.S. ___, 124 S. Ct. 2441, 2444 (2004), and because the statute of limitations has already run, 28 U.S.C. § 2244(d)(1), if the petitioner wishes to proceed with a habeas corpus petition, he must amend his petition and proceed with those exhausted claims which he filed timely. Should the petitioner refuse to amend his petition, the respondent respectfully asks this Court to dismiss the entire petition.

                                                     Respectfully submitted,

                                                     THOMAS F. REILLY
                                                     Attorney General

                                                       /s/ Daniel I. Smulow
                                                     Daniel I. Smulow, BBO # 641668
                                                   Assistant Attorney General
                                                   Criminal Bureau
                                                   One Ashburton Place

2

Boston, Massachusetts 02108
(617) 727-2200, ext. 2949

Date: November 10, 2004

**Certificate of Compliance with Local Rule 7.1(A)(2)**

I, Daniel I. Smulow, hereby certify that I am unable to speak with the petitioner, Edward Tavares, because he is presently incarcerated.

/s/ Daniel I. Smulow

**Certificate of Service**

I hereby certify that a true copy of the above document was served on Edward Tavares, *pro se*, N.C.C.I. - Gardner, P.O. Box 466, 500 Colony Road, Gardner, MA 01440, by first class mail, postage prepaid, on November 10, 2004.

/s/ Daniel I. Smulow