UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
EDWARD TAVARES, JR.,         )
      PETITIONER ,           )
                             )
v.                           )         CIVIL ACTION
                             )         NO. 04-40059-FDS
STEVEN O'BRIEN,              )
      RESPONDENT.            )
_____)
```

**RESPONDENT'S SUPPLEMENTAL APPENDIX TO MOTION TO ORDER PETITIONER TO AMEND PETITION TO INCLUDE ONLY EXHAUSTED CLAIMS**

The respondent files the following documents as his supplemental appendix to his Motion to Order Petitioner to Amend Petition to Include Only Exhausted Claims.

1. Docket Sheets, *Commonwealth v. Edward Tavares*, Bristol County No. 12806;

2. Docket Sheets, *Commonwealth v. Edward Tavares*, Bristol County No. 12805;

3. Docket Sheets, *Commonwealth v. Edward Tavares*, Bristol County No. 13504;

4. Docket Sheets, *Commonwealth v. Edward Tavares*, Massachusetts Appeals Court No. 2001-P-540;

5. Memorandum and Order (unpublished), *Commonwealth v. Edward Tavares*, 57 Mass. App. Ct. 1111, 784 N.E.2d 50 (2003);

6. Petitioner's Application for Leave for Further Appellate Review, *Commonwealth v. Edward Tavares*, FAR No. 13310;

7. Order Denying Further Appellate Review, *Commonwealth v. Edwrd Tavares*, 439 Mass. 1105, 787 N.E.2d 1059 (2003); and

8. Docket Sheets, *Edward Tavares v. Steven O'Brien*, U.S.D.C. No. 04-40059-FDS.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

2

/s/ Daniel I. Smulow  
Daniel I. Smulow, BBO 641668  
Assistant Attorney General  
Criminal Bureau  
One Ashburton Place  
Boston, Massachusetts 02108  
(617) 727-2200 ext. 2949  

Dated: November 10, 2004

## Certificate of Service

    I hereby certify that a true copy of the above document was served on Edward Tavares, *pro se*, N.C.C.I. - Gardner, P.O. Box 466, 500 Colony Road, Gardner, MA 01440, by first class mail, postage prepaid, on November 10, 2004.

/s/ Daniel I. Smulow