UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EDWARD TAVARES JR
(PETITIONER)

v.

STEVEN O'BRIEN
(RESPONDENT)

CIVIL ACTION
NO. 04-40059-FDS

## PETITIONER MOTION TO AMEND HIS PETITION TO INCLUDE ONLY EXHAUSTED CLAIMS

The petition, pro-se Edward Tavares Jr. moves this court, to request that the (petitioner) pro-se Edward Tavares jr. to amend his habeas corpus petition to include only those claims which are exhausted. As explained more fully in the accompanying memorandum of law, also because the respondent has filed a motion for a court order to petitioner to amend petition to include only exhausted claims, filed on November 10/2004. The respondent will not be prejudice if the court allows, or grant the petitioner motion to amend.

Further, response only requesting that petitioner amend his petition, and the court not to dismiss.

Petitioner prays this court, that he be allowed his amended petition, so he may proceed with his habeas corpus petition, wherefore those exhausted claims which the petitioner filed timely. I direct this court attention to attached affidavit and memorandum in support.

NOVEMBER 30 2004

RESPECTFULLY SUBMITTED
PRO-SE _Edward Tavares_
MR. EDWARD TAVARES JR
P.O. BOX 466
GARDNER MASS. 01440

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EDWARD TAVARES JR
(PETITIONER)

V.

STEVEN O'BRIEN
(RESPONDENT)                          CIVIL ACTION
                                      NO 04-40059-FDS


CERTIFICATE OF COMPLAINCE
WITH LOCAL RULE 7.1

   I Edward Tavares Jr., hereby certify that I am unable to speak with the respondent attorney, Daniel I. Smulow, because I am pro-se petitioner who is currently incarcerated.


CERTIFICATE OF SERVICE
   I hereby certify that a true copy of the above documents attached herewith has been served by first class mail postage prepaid on this 30 day of November 2004,, sent to Daniel I. Smulow A.A.G. criminal bureau, One Ashburton Place, Boston Mass. 02108: SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY:


                                   RESPECTFULLY SUBMITTED
                      PRO-SE _____
                                   MR. EDWARD TAVARES JR
                                   P.O. BOX 466
                                   GARDNER MASS. 01440