UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## **ORDER OF REFERENCE**

Check if previously referred _____

Tavares,_____

       V.                                                                  CA/CR No.   04-40059

Commonwealth of Massachusetts,_____                    Criminal Category _____

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge Swartwood for the following proceedings:

      (A)    Referred for full pretrial case management, including all dispositive motions.

☐    (B)    Referred for full pretrial case management, <u>not</u> including dispositive motions:

☐    (C)    Referred for discovery purposes only.

      (D)    Referred for Report and Recommendation on:

           ( ) Motion(s) for injunctive relief
           ( ) Motion(s) for judgment on the pleadings
           ( ) Motion(s) for summary judgment
           ( ) Motion(s) to permit maintenance of a class action
           ( ) Motion(s) to suppress evidence
           ( ) Motion(s) to dismiss
           ( ) Post Conviction Proceedings[1]
            See Documents Numbered: _____

X   (E)    Case referred for events only.  See Doc. No(s).   Ruling on # 12 and #15

☐    (F)    Case referred for settlement.

☐    (G)    Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
           ( ) In accordance with Rule 53, F.R.Civ.P.
           ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

X   (H)    Special Instructions:   R&R on 2254 petition

    2/8/05                                                                                                By: /s/ Martin Castles
    Date                                                                                                        Deputy Clerk

(Order of Reference Revised.wpd - 12/98)                                                                        [oref., koref.]