# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## NOTICE

Please take notice that the civil action cases on the attached list, previously referred to Magistrate Judge Charles B. Swartwood III are now referred to Magistrate Judge Timothy S. Hillman upon his appointment to the bench of this Court.

All inquiries regarding matters before Magistrate Judge Hillman should be directed to Lisa Roland at 508-929-9905.

                                                          SARAH ALLISON THORNTON
                                                        Clerk of Court

                                    By:    /s/Deborah F. Shattuck
                                               Division Manager

Date: February 15, 2006

Copies to: Counsel

## Civil Cases - Referred

| Case Number | Case Name |
| --- | --- |
| 01cv40201 | Glass v. Bissonnette, et al |
| 02-cv-40092 | Smith v. Ficco |
| 03-cv-40050 | Villar v. Bissonnette |
| 04-cv-40059 | Tavares v. Comm. of Mass. |
| 04-cv-40077 | Speakman, et al v. Allmerica Financial |