UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWARD TAVARES, Jr., )<br>    Petitioner, )<br> )<br>v. )<br> )<br>STEVEN O'BRIEN, )<br>    Respondent. )<br> ) | Civil Action No. 04-40059-FDS |

## NOTICE OF APPEARANCE

Please take notice of the appearance of the undersigned as counsel for the Respondent in the above-entitled matter.

Respectfully submitted,

STEVEN O'BRIEN

By his attorney,

THOMAS F. REILLY
ATTORNEY GENERAL

/s/ Scott A. Katz
Scott A. Katz (BBO # 655681)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2833

June 14, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon petitioner Edward Tavares, Jr., NCCI-Gardner, 500 Colony Road, P.O. Box 466, Gardner, MA 01440 by first-class mail, postage prepaid, on June 14, 2006.

/s/ Scott A. Katz
Scott A. Katz