UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EDWARD TAVARES JR
(PETITIONER)

V.

STEVEN O'BRIEN
(RESPONDENT)

CIVIL ACTION
U.S.NO.4;04-CV-40059-TSH

PETITIONER EDWARD TAVARES JR
PRO-SE MOTION FOR STATUS CONFERENCE

The petitioner Edward Tavares Jr.Pro-se counsel,move that this court schedule a status conference in order to apprise the parties whether any further briefing is necessary before this Habeas Corpus petition can be decided. In support of this motion petitioner states that all paper were filed on June 2005.It was further ordered by the court that the court will decide case on written submission of the parties. ,stated on December 2/2005,SEE ATTACHED EXH-A).Since that date ,there has been no disposition or ruling in this matter.Counsel for petitioner pro-se stand ready to further brief whatever issues would be of assistance to the court in reaching a decision.

JANUARY ___ 2007

RESPECTFULLY SUBMITTED
PRO-SE _____
MR.EDWARD TAVARES JR
N.C.C.I.GARDNER
P.O.BOX 466
500 COLONY RD.
GARDNER MASS.01440

United States District Court

District of Massachusetts

EXh-A

Notice of Electronic Filing

The following transaction was received from Roland, Lisa entered on 12/2/2005 at 1:26 PM EST and filed on 12/1/2005
Case Name:  Tavares v. Commonwealth of Massachusetts
Case Number: 4:04-cv-40059
Filer:
Document Number:

Docket Text:
Judge Charles B. Swartwood : Electronic ORDER entered denying [24] Motion for scheduled Date for hearing. "DENIED. Court will decide case on written submissions of the parties." cc/cl (Roland, Lisa)

The following document(s) are associated with this transaction:


4:04-cv-40059 Notice will be electronically mailed to:

Daniel I. Smulow    daniel.smulow@ago.state.ma.us, AppealsEFilings@ago.state.ma.us

4:04-cv-40059 Notice will not be electronically mailed to:

Edward Tavares, Jr
NCCI, Gardner
500 Colony Road
PO Box 466
Gardner, MA 01440

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EDWARD TAVARES JR
(PETITIONER)

CIVIL ACTION
U.S.NO.4;04-CV-40059-TSH

V.

STEVEN O'BRIEN
(RESPONDENT)

CERTIFICATE OF SERVICE

    I Edward Tavares Jr.certify that I have served upon the clerk of the U.S.District court for Worcester,to Lisa Roland at 595 Main St.Worcester Mass.01608,sent by first class mail postage prepaid by the petitioner"Petitioner Motion for status conference and EXH- A).was sent on this ____ day of January 2007;Signed under the pains and penalties of perjury;

PRO-SE

RESPECTFULLY SUBMITTED
MR.EDWARD TAVARES JR
N.C.C.I.GARDNER
P.O.BOX 466
500 COLONY RD.
GARDNER MASS.01440