UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WORCESTER DIVISION                     CIVIL ACTION
                                       U.S.NO.4;04-CV-40059-TSH

EDWARD TAVARES JR
(PETITIONER)

V.

STEVEN O'BRIEN
(RESPONDENT)

PETITIONER EDWARD TAVARES JR
PRO-SE"MOTION FOR STATUS CONFERENCE

   The petitioner Edward Tavares Jr.pro-se counsel ,move that this court schedule a"State Conference "in order to apprise the parties whether any further briefing is necessary before this petition for Writ of Habeas Corpus can be decided. In support of this motion petitioner states on March 7/2007 Justice M.Hillman Report and Recommendation were filed ,Petitioner filed against such report his Objection to the Magistrate Judge Hillman's Report and Recommendation of March 7/2007.Since that date ,there has been no disposition or ruling in this matter.Counsel for petitioner pro-se stand ready to further briefing whatever issues would be of assistance to the court in reaching a decision.

JULY  16/2007                          RESPECTFULLY SUBMITTED
                                PRO-SE _____
                                       MR.EDWARD TAVARES JR
                                       N.C.C.I.GARDNER
                                       P.O.BOX 466
                                       500 COLONY RD.
                                       GARDNER MASS.01440

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WORCESTER DIVISION                                  CIVIL ACTION
                                                U.S.NO.4;04-CV-40059-TSH

EDWARD TAVARES JR
(PEITITIONER)

   V.
STEVEN O'BRIEN
(RESPONDENT)

### CERTIFICATE OF SERVICE

I,Edward Tavares Jr.certify that I have served upon the Clerk of the United Dtates District Court for Worcester Division, to Lisa Roland at 595 Main St.Worcester Mass.sent by first class mail postage prepaid by the petitioner,"Petitioner's"Motion for Status Conference,sent on this __16__ day of July 2007:
   Signed under the pains and penalties of perjury;

                           RESPECTFULLY SUBMITTED
          PRO-SE           
                           MR.EDWARD TAVARES JR
                           N.C.C.I.GARDNER
                           P.O.BOX 466
                           500 COLONY RD.
                           GARDNER MASS.01440