UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Edward Tavares, Jr.,**
            **Petitioner,**

                                                            CIVIL ACTION
        v.                                                  NO. 04-40059-FDS

**Steven O'Brien,**
            **Respondent,**

ORDER OF DISMISSAL

SAYLOR, D.J.

In accordance with the Court's approval of the Report and Recommendation issued on 9/27/07, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

                                        By the Court,


    9/27/07                             /s/ Martin Castles
     Date                               Deputy Clerk
                                        508-929-9904